**720**

Weldon Frederick SHORE, Appellant,

v.

UNITED STATES of America.

No. 15395.

United States Court of Appeals
Eighth Circuit.

July 19, 1955.

Nahurski & Cyptar, St. Paul, Minn., for appellant.

George E. MacKinnon, U. S. Atty., and Harold C. Evarts, Jr., Asst. U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

CITY OF MEMPHIS, TENNESSEE, a Municipal Corporation, Appellant,

v.

A. E. MILLER, Administrative
Officer, etc., et al.

No. 15154.

United States Court of Appeals
Eighth Circuit.

July 20, 1955.

F. B. Gianotti, Jr., Wils Davis and Kenneth Larkey, Memphis, Tenn., for appellant.

James C. Hale and John A. Fogleman, Marion, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed and cause remanded for entry of final judgment which will embody terms of contract entered into by parties pertaining to subject matter of suit, on stipulation.

RAY ROBERTS, Inc., Appellant,

v.

SERVEL, Inc., et al.

No. 15342.

United States Court of Appeals
Eighth Circuit.

July 27, 1955.

Biggs, Curtis, Biggs & Crossen and Gleick & Strauss, St. Louis, Mo., for appellant.

Marion S. Francis and R. H. McRoberts, St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

CITY OF KANSAS CITY, KANSAS,
et al., Appellants,

v.

Guy A. THOMPSON, Trustee, Missouri
Pacific Railroad Company, Debtor.

No. 15371.

United States Court of Appeals
Eighth Circuit.

July 29, 1955.

J. Milton Sullivant, Chas. W. Brenneisen, Jr., James D. Howell and John K. Dear, Kansas City, Mo., for appellants.

W. F. Lilleston, Wichita, Kan., and Thomas T. Railey, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellants, on stipulation of parties.